ACCEPTED
03-16-00232-CV
11220253
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/20/2016 9:42:31 AM
JEFFREY D. KYLE
CLERK

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/20/2016 9:42:31 AM
JEFFREY D. KYLE
Clerk

_____

## NO. 03-16-00232-CV

_____

**Steven B. Aubrey, Individually, and as Beneficiary of, on behalf of, and for the benefit of the Aubrey Family Trust,** *Appellant,*

**v.**

**United Heritage Credit Union; Wilford P. Schroeder, Jr.; Betsy S. Aubrey, Individually and as Trustee and Income Beneficiary of the Aubrey Family Trust; Richard B. Aubrey, Jr., Individually, and as Remainder Beneficiary of the Aubrey Family Trust; et al.,** *Appellees.*

_____

**From The District Court of Travis County, 250th Judicial District No. D-1-GN-15-003836, Honorable Karin Crump, Judge Presiding**
_____

## APPELLANT'S MOTION FOR EXTENSION TO FILE BRIEF

COMES NOW, Steven B. Aubrey (**"Appellant"**) and files his Motion For Extension To File Brief as follows:

1

Appellant's Brief was due on May 16, 2016. Appellant asks this Court for an extension to file his Brief with a due date of June 30, 2016.

Appellant's original due date of May 16, 2016, was only three days following the tragic death of Ira Tobolowsky, legal counsel for Appellee Betsy S. Aubrey. Due to the intense investigation surrounding Mr. Tobolowsky's passing, it was not possible for Appellant to timely file his Brief to the Court.

There have been no previous extensions requested or granted regarding the filing date for Appellant's Brief.

Appellees are not injured by the extension to file Appellant's Brief. In fact, the delay in the scheduling of this case must prove beneficial to Appellee Betsy S. Aubrey, affording her time to secure replacement counsel.

FOR THESE REASONS, Appellant, Steven B. Aubrey, prays this Court GRANT his Motion for Extension to File Brief and Order a new date, June 30, 2016, to file said Brief.

Respectfully submitted,

*/s/ Steven B. Aubrey*
Steven B. Aubrey, Pro Se
7777 Glen America Apt 223
Dallas, Texas 75225
Telephone: (512) 659-7234
traviscountyfraud@gmail.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that on June 16, 2016, Movant attempted to confer with all other parties regarding the merits of this Motion in compliance with Texas Rules of Appellate Procedure 10.1(a)(5). Only one of the parties responded. On June 17, 2016, Appelle Thomas A. Aubrey indicated he was not opposed to the extension.

*/s/ Steven B. Aubrey*_____
Steven B. Aubrey

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June 2016, a true and correct copy of the above and foregoing has been delivered in accordance with Texas Rules of Appellate Procedure to all counsel of record as follows:

**Via Email: catwell@otoole-atwell.com**
Christopher Atwell
O'TOOLE ATWELL, PC
504 Lavaca, Suite 945
Austin, Texas 78701
Telephone: (512) 472-6819
COUNSEL FOR APPELLEE
UNITED HERITAGE CREDIT UNION

**Via Email: dbyrne@fbhf.com**
Daniel H. Byrne
FRITZ, BYRNE, HEAD & FITZPATRICK, PLLC
221 w. Sixth Street, Suite 960
Austin, Texas 78701
COUNSEL FOR APPELLEE
WILFORD P. SCHROEDER, JR.

**Via Email: iratobolowsky@tblawfirm.net**
TOBOLOWSKY & BURK, PC
4305 West Lovers Lane
Dallas, Texas 75209
COUNSEL FOR APPELLEE
BETSY S. AUBREY

**Via Email: jnias@jw.com**
James Nias
JACKSON WALKER, L.L.P.
100 Congress Ave., Suite 1100
Austin, Texas 78701
COUNSEL FOR APPELLEE
RICHARD BUCK AUBREY, JR.

**Via Email: tom.aubrey@ecolab.com**
Thomas A. Aubrey
6243 Vanderbilt Ave.
Dallas, Texas 75214
APPELLEE, PRO SE

*/s/ Steven B. Aubrey*
Steven B. Aubrey